UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FINCANTIERI MARINE REPAIR LLC,

    Plaintiff,

v.       Case No. 3:22-cv-410-TJC-PDB

M/V GEYSIR, her engines, tackle, apparel, etc., in rem,

    Defendant.

## O R D E R

    This case is before the Court on Plaintiff Fincantieri Marine Repair LLC's Motion for Default Judgment against Defendant M/V *Geysir* (Doc. 24) and Plaintiff's Motion for Interlocutory Judicial Sale, or, in the Alternative, Judicial Sale of Vessel. On February 4, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 42) recommending that the Motion for Default Judgment be granted in part, that judgment be entered for Plaintiff and against Defendant, that the Motion for Interlocutory Judicial Sale be denied as moot, and that the Court reserve jurisdiction to consider a later-filed motion for judicial sale. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C.

§ 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 42), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 42) is **ADOPTED** as the opinion of the Court except as specified in footnote 1.[1]

2. Plaintiff's Motion for Default Judgment (Doc. 24) is **GRANTED to the extent** specified in the Report and Recommendation (Doc. 42 at 28–29).

3. Plaintiff's Motion for Interlocutory Judicial Sale, or, in the Alternative, Judicial Sale of Vessel (Doc. 39) is **DENIED as moot**.

4. The Clerk is directed to enter judgment for Fincantieri Marine Repair LLC and against the M/V *Geysir* in the following amounts:

    (a) $174,050.00 for berthing from January 7 to May 5, 2022

    (b) $664.93 for costs relating to the filing fee and the arrest of the M/V *Geysir*

    (c) $33,582.39 for substitute-custodian expenses; and

    (d) $444,595.62 for substitute-custodian services from May 6, 2022, to February 24, 2023

---

[1] The Report and Recommendation contains two scrivener's errors indicating that counsel for Plaintiff did not appear at the November 6, 2022 evidentiary hearing and the January 20, 2023 telephone conference. (Doc. 42 at 10–11). However, the minutes for those two hearings indicate that counsel for Plaintiff was present and counsel for Defendant was absent at both hearings. (Docs. 36, 41).

5.      The case remains open and the Court reserves jurisdiction to consider a motion for judicial sale of the M/V *Geysir*. Plaintiff shall file any such motion no later than **March 24, 2023**.

**DONE AND ORDERED** in Jacksonville, Florida the 24th day of February, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record

Marco St. Croix Inc.
P.O. Box 5678
Christiansted, VI 00823

Green Shipping Line
Attn: Percy Pyne, IV
P.O. Box 8926
Red Bank, NJ 07701